IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00163-WYD-MJW

MARONA PHOTOGRAPHY, INC.,

      Plaintiff,

vs.

LOS ALTOS BOOTS, INC. and
WILD WEST BOOTS, INC.,

      Defendants.

_____

## ANSWER AND JURY DEMAND

_____

      Defendant Wild West Boots, Inc., by counsel, John R. Mann of KENNEDY CHILDS,

P.C., hereby Answers and defends the Plaintiff's Complaint pursuant to Fed.R.Civ.P. 8 and

12 as follows:

## PARTIES, JURISDICTION AND VENUE

      1.     Defendant admits the allegations of ¶ 1 of the Complaint.

      2.     Defendant admits that Los Altos Boots, Inc., is a corporation incorporated

under the laws of the State of California and that its principal place of business is 14910

Garfield Avenue, Paramount, California 90723.

      3.     Defendant admits that Wild West Boots, Inc., is a corporation incorporated

under the laws of the State of California and that its principal place of business is 14922

Garfield Avenue, Paramount, California 90723.

      4.     Defendant denies the allegations of ¶ 4 of the Complaint.

5.      Defendant admits the allegations of ¶ 5 of the Complaint that the Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1338(a); Defendant denies the remaining allegations of  ¶ 5 of the Complaint.

6.-7.    Defendant denies the allegations of ¶¶ 6-7 of the Complaint.

## COUNT I

8.      Defendant pleads to the admissions and denials of ¶¶ 1-7 of this Answer as if fully set forth herein.

9.-11.  Defendant is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶¶ 9-11 of the Complaint and therefore denies the allegations of ¶¶ 9-11 of the Complaint.

12.     Defendant is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 12 of the Complaint and therefore denies the allegations of ¶ 12 of the Complaint.  Defendant denies that Exhibit A to the Complaint is a copy of a Certificate of Registration of copyright.

13.     Defendant admits it is a boot sales company located in Paramount, California and that it sells boots but denies the remaining allegations of ¶ 13 of the Complaint.

14.     Defendant denies the allegations of ¶ 14 of the Complaint.

15.     Defendant is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 15 of the Complaint and therefore denies the allegations of ¶ 15 of the Complaint.

16.     Defendant is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 16 of the Complaint and therefore denies the allegations of

¶ 16 of the Complaint.

17.-19.  Defendant denies the allegations of ¶¶ 17-19 of the Complaint.

20.     Defendant denies the allegations of the first sentence of ¶ 20 of the Complaint, and is without sufficient information to form a belief as to the truth or falsity of the remaining allegations of ¶ 16 of the Complaint and therefore denies the same.

21.-22.  Defendant denies the allegations of ¶¶ 21-22 of the Complaint.

## COUNT II

23.     Defendant pleads to the admissions and denials of ¶¶ 1-22 of this Answer as if fully set forth herein.

24.     Defendant is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 24 of the Complaint and therefore denies the allegations of ¶ 24 of the Complaint.

25.-30.   Defendant denies the allegations of ¶¶ 25-30 of the Complaint.

31.     Defendant denies any and all allegations of the Complaint not specifically admitted herein.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE
### FAILURE TO STATE A CLAIM

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE
### STATUTE OF LIMITATIONS

Plaintiffs' claims for relief are barred or limited by the applicable statutes of limitations.

**THIRD DEFENSE**
<u>LACK OF STANDING TO SUE</u>

Plaintiffs lack standing to sue on all or a portion of the claims for relief asserted in the Complaint.

**FOURTH DEFENSE**
<u>REAL PARTY IN INTEREST</u>

Plaintiffs are not the real party in interest to prosecute all or a portion of the claims for relief asserted in the Complaint.

**FIFTH DEFENSE**
<u>DASTAR v. TWENTIETH CENTURY FOX</u>

Plaintiffs' claims for relief are barred or limited by the doctrine of *Dastar Corp. v. Twentieth Century Fox Film Corp.*, 539 U.S. 23 (2003).

**SIXTH DEFENSE**
<u>INNOCENT INFRINGEMENT</u>

If Plaintiffs' copyright has been infringed, which Defendant denies, Defendant is only an innocent infringer thereof.

**SEVENTH DEFENSE**
<u>EXTRATERRITORIALITY</u>

On information and belief, Defendant states that the alleged infringement and other conduct occurred outside of the territorial limits and jurisdiction of the United States.

**EIGHTH DEFENSE**
<u>NO LIKELIHOOD OF CUSTOMER CONFUSION</u>

There is no likelihood of confusion because the goods or services of the parties are noncompetitive and unrelated.

## NINTH DEFENSE
<u>FAILURE TO MITIGATE DAMAGES</u>

Plaintiffs have failed to mitigate their damages, if any, as required by law and are therefore barred from recovery against this Defendant.

## RELIEF REQUESTED

WHEREFORE, Defendant Wild West Boots, Inc., prays that Plaintiff take nothing, that the Complaint be dismissed with prejudice, that judgment enter for Defendant and against Plaintiffs, that Defendant be awarded its costs and reasonable attorney fees as may be allowed by law, and for such other and further relief as the Court deems just and proper.

**DEFENDANT DEMANDS A TRIAL TO A JURY OF SIX (6) PERSONS ON ALL ISSUES HEREIN JOINED.**

Respectfully submitted this 13th day of June, 2012,

*s/ John R. Mann*
John R. Mann
jmann@kcfpc.com
KENNEDY CHILDS P.C.
633 17th Street, Suite 2200
Denver, Colorado 80202
(303) 825-2700
(303) 825-0434 FAX

Attorneys for Defendant Wild West Boots, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2012, I electronically filed the foregoing **ANSWER AND JURY DEMAND** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John Arsenault, Esq.
WESSELS & ARSENAULT, LLC
1333 W. 120th Ave. Suite 302
Westminster, CO 80234

_s/ John R. Mann_