IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00163-WYD-MJW

MARONA PHOTOGRAPHY, INC.,

    Plaintiff,

vs.

LOS ALTOS BOOTS, INC. and
WILD WEST BOOTS, INC.,

    Defendants.

---

**ORDER GRANTING DEFENDANT LOS ALTOS BOOTS, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

---

This matter comes before the Court on the unopposed motion (Doc. __) of Defendant Los Altos Boots, Inc., for an extension of time in which to respond to Plaintiff's Second Request for Production of Documents to Defendant Los Altos Boots, Inc. and Plaintiff's Interrogatories to Defendant Los Altos Boots, Inc., and the Court, having found good cause therefor,

HEREBY GRANTS the motion, and orders that Defendant Los Altos Boots, Inc., shall have to and including October 5, 2012, in which to respond to Plaintiff's Second Request for Production of Documents to Defendant Los Altos Boots, Inc., and Plaintiff's Interrogatories to Defendant Los Altos Boots, Inc.

DATED this _____ day of October, 2012.

-2-

BY THE COURT:

_____
United States Magistrate Judge