IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00163-WYD-MJW

MARONA PHOTOGRAPHY, INC.,

Plaintiff,

v.

LOS ALTOS BOOTS, INC. and
WILD WEST BOOTS, INC.,

Defendants.

# MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Modify Scheduling Order to Extend Discovery Cutoff (Docket No. 20) is GRANTED for good cause shown.  The scheduling order (Docket No. 15) is amended so as to extend the discovery cutoff to October 16, 2012.

Date: October 2, 2012