IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00163-WYD-MJW

MARONA PHOTOGRAPHY, INC.,

Plaintiff,

v.

LOS ALTOS BOOTS, INC. and
WILD WEST BOOTS, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff Marona Photography, Inc.'s Unopposed Motion for Leave to Appear Telephonically or Via Video Conference for Settlement Conference (Docket No. 37) is GRANTED.  Plaintiff is permitted to attend the settlement conference via telephone.

    It is further ORDERED that Defendant's Unopposed Motion to Allow Out of State Insurance Adjuster to Attend Settlement Conference by Telephone (Docket No. 38) is GRANTED.  Mr. McDaniel is permitted to attend the settlement conference via telephone.

Date: November 13, 2012