IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00163-WYD-MJW

MARONA PHOTOGRAPHY, INC.,

Plaintiff,

v.

LOS ALTOS BOOTS, INC. and
WILD WEST BOOTS, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED defendants' Unopposed Motion to Allow Representative of Out of State Defendants to Attend Settlement Conference by Telephone (Docket No. 45) is GRANTED.  A representative of the corporate defendants shall be available by telephone and need not attend the December 10, 2012 settlement conference in person.

Date: November 29, 2012