IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-00163-WYD-MJW

CHRISTOPHER MARONA,

    Plaintiff,

v.

LOS ALTOS BOOTS; and
WILD WEST BOOTS,

    Defendants.

## ORDER

    THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal filed January 11, 2014.  After a careful review of the Stipulation and the file, it is

    ORDERED that the Stipulated Motion for Dismissal is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear his or its own costs and attorney fees.

    Dated:  January 22, 2013

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge