IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-00163-WYD-MJW

CHRISTOPHER MARONA,

    Plaintiff,

v.

LOS ALTOS BOOTS; and
WILD WEST BOOTS,

    Defendants.

---

**PERMANENT INJUNCTION**

---

The Court, having considered the Stipulation for Permanent Injunction filed by Plaintiff and Defendants and the record herein, hereby **APPROVES** the Stipulation for Permanent Injunction (ECF No. 54). In accordance therewith, the Court hereby enters the following:

**PERMANENT INJUNCTION**

1. Defendants, along with their agents, servants, employees, representatives, successors, and assigns, and all those persons acting at its direction or control, shall be and hereby are PERMANENTLY ENJOINED and RESTRAINED from engaging in any conduct in violation of the Copyright Act, 17 U.S.C. § 106, with regard to registered copyrights Nos. VA 832-239 and VA 1-432-550, and from using Plaintiff Christopher Marona's name, or his signature or any facsimile thereof, in connection with

Defendants' advertisement, promotion, distribution, sales, and offers of sales of their goods.

2. The specific prohibitions and qualifications regarding Defendants' conduct set forth in this Permanent Injunction shall not waive or in any way limit Plaintiff's rights or abilities to pursue any of its legal remedies, statutory or otherwise, under existing law if Defendants engage in any other activity constituting an infringement of any of Plaintiff's copyrights, or of Plaintiff's rights in, or right to use or to exploit, Plaintiff's copyrights, or otherwise violate Plaintiff's legal rights.

3. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement, modify and/or enforce the provisions of this Permanent Injunction.  In the event of a change in law that would make any conduct prohibited by this injunction legal or otherwise permissible under law, Defendants may move the Court to vacate or modify the terms of this injunction.  Plaintiff and Defendants specifically consent to personal jurisdiction and venue in the United States District Court for District of Colorado.

4. Upon proof of any violations by any Defendant of the provisions of this Permanent Injunction, the Court shall be authorized to award damages and other relief therefor, as provided by law.

Dated:  January 22, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge